ACCEPTED
04-14-00772-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
10/16/2015 2:56:35 PM
KEITH HOTTLE
CLERK

## NO. 04-14-00772-CR

|  |  |  |
|---|---|---|
| | § | **IN THE FOURTH DISTRICT** |
| **JONATHAN JOSE GUILLEN** | § | |
| | § | |
| **VS.** | § | **COURT OF APPEALS** |
| | § | |
| | § | |
| **STATE OF TEXAS** | § | **SAN ANTONIO, TEXAS** |

## MOTION FOR EXTENSION OF TIME
## TO FILE STATE'S BRIEF

TO THE HONORABLE JUDGES OF THE FOURT COURT OF APPEALS:

NOW COMES Nicholas "Nico" LaHood, Criminal District Attorney of Bexar County and Counsel for the State of Texas, and files this Motion asking that the Court extend the time for filing the State's brief.

On October 9, 2014, a jury found Appellant guilty of murder. On October 14, 2014, the jury sentenced Appellant to 99 years in the Texas Department of Criminal Justice, Institutional Division. Appellant filed a notice of appeal on November 3, 2014. Appellant filed a Motion for New Trial on November 12, 2014 and it was denied by the trial court on November 18, 2014. The reporter's record was filed on April 28, 2015. Appellant filed his brief on August 17, 2015. After a first extension of time, the State's brief was due October 16, 2015. This is the State's second motion requesting an extension of time and the State requests a 30 day extension to November 16, 2015.

This extension is not sought for the purpose of delaying this appeal. The State requests an extension for the following reasons:

1) Counsel would like more time to thoroughly read the record in this case, as well as to research and write the State's brief. The reporter's record in this case is voluminous and consists of fourteen volumes.
2) Counsel recently filed the following briefs in the Fourth Court of Appeals:
   a. State of Texas v. Charles Caves, No. 04-15-00367-CR.
   b. In the Interest of C.F.N., A Child, No. 04-15-00458-CV.

Therefore, counsel respectfully asks the Court to grant this extension of time to file the State's brief in this case.

WHEREFORE, PREMISES CONSIDERED, Counsel for the State prays that the Court grant an extension of time to November 16, 2015 for filing the State's brief.

Respectfully submitted,


Nicholas "Nico" LaHood
Criminal District Attorney
Bexar County, Texas

/s/ Jennifer Rossmeier Brown
_____
**Jennifer Rossmeier Brown**
State Bar No. 24079247
Assistant Criminal District Attorney
101 W. Nueva Street
 San Antonio, Texas 78205-3030
Phone: (210) 335-2734
Fax: (210) 335-2436
Email: jennifer.rossmeier@bexar.org

# CERTIFICATE OF SERVICE

I certify that a true copy of the above was served on the attorney of record in accordance with the *Texas Rules of Appellate Procedure* on October 16, 2015, in the manner described below:

***Via Electronic Service***
Alex J. Scharff
222 E. Main Plaza
San Antonio, Texas 78205
alexjoss@yahoo.com

***Via Electronic Service***
Alan Brown
222 Main Plaza E
San Antonio, Texas 78205
alan@brownandnorton.com

**/s/ Jennifer Rossmeier Brown**